# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWENA R. HEGNA, et al. ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:00CV00716 (HHK) |
| ) | |
| v. ) | |
| ) | |
| ISLAMIC REPUBLIC OF IRAN ("IRAN") ) | **FILED** |
| ) | |
| and ) | FEB - 7 2002 |
| ) | |
| THE IRANIAN MINISTRY OF ) | NANCY MAYER WHITTINGTON, CLERK |
| INFORMATION AND SECURITY ) | U.S DISTRICT COURT |
| ) | |
| Defendants. ) | |

## AMENDED ORDER AND JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and 59(c) and for the reasons stated by the Court in its Memorandum dated January 18, 2002, it is this *1st* day of ~~January~~ *February*, 2002, hereby

**ORDERED AND ADJUDGED** that judgment dated on January 18, 2002 and filed January 22, 2002 in favor of the plaintiffs is hereby amended *nunc pro tunc*; and it is

**FURTHER ORDERED AND ADJUDGED** that plaintiffs recover of defendants, jointly and severally, compensatory damages in the following amounts:

Edwena Hegna, Executrix of the Estate of
Charles Hegna and Edwena Hegna, individually;            $26,000,000
apportioned as follows:

    (a) Estate of Charles Hegna, Edwena Hegna,
        Executrix on account of decedent's pre-death,
          conscious pain and suffering     $*1,000,000*

4



(b) Estate of Charles Hegna, Edwena Hegna, Executrix on account of loss of accretions to the descendant's estate     $ _1,104,573_

(c) Edwena Hegna individually     $ _23,895,427_

| | |
|---|---|
| Craig Hegna | $3,000,000 |
| Steven Hegna | $3,000,000 |
| Lynn Hegna | $5,000,000 |
| Paul Hegna | $5,000,000 |
| Punitive Damages, against the defendant, Ministry of Information and Security (MOIS), only | $333,000,000 (to be divided equally among the five individual plaintiffs) |

**ORDERED** that the Clerk of Court shall cause a copy of this Amended Order and Judgment and the accompanying Judgment, filed January 22, 2002 and the Findings of Fact and Conclusions of Law, dated January 18, 2002, to be translated into Farsi and transmitted to the United States Department of State for diplomatic service upon the Defendants in accordance with the provisions of 28 U.S.C. § 1608(a)(4), with the costs of translation to be paid by the Plaintiffs.

**SO ORDERED.**

*/s/ Henry Kennedy, Jr.*
Henry H. Kennedy, Jr.
United States District Judge

5