UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWINA R. HEGNA, as Executrix of the Estate of Charles F. Hegna, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN <br><br> and <br><br> IRANIAN MINISTRY OF INFORMATION AND SECURITY, <br><br> Defendants. | Civil Action 00-716 (HHK) |

**AMENDED ORDER & JUDGMENT**

Pursuant to H.R. 4986 Sec. 1083(c)(2) (110th Cong. 2nd Sess.) and Fed. R. Civ. P. 60(b)(5) & (6), Plaintiffs' Motion to Modify Judgment Pursuant to H.R. 4986, sec. 1083 (110th Cong. 2nd Sess.) [#110], is hereby **GRANTED** and it is this 29th day of April 2010, hereby

**ORDERED** that the Amended Judgment dated February 1, 2002, and filed February 7, 2002, is hereby further amended, as follows: In accordance with H.R. 4986 Sec. 1083(c)(2) (110th Cong. 2nd Sess.) and Fed. R. Civ. P. 60(b)(5) & (6), the Amended Judgment is to be given effect as if it had been rendered in an action originally filed under 28 U.S.C. § 1605A(c); and it is further

**ORDERED** that plaintiffs shall cause this Amended Order & Judgment to be translated into Farsi and shall provide two copies thereof to the Clerk of the Court; and it is further

**ORDERED** that the Clerk of the Court shall send the two translated copies to the United States Department of State, by any form of mail requiring a signed receipt, for diplomatic service upon the defendants in accordance with 28 U.S.C. § 1608(a)(4).

**SO ORDERED.**

Henry H .Kennedy, Jr.<br>
United States District Judge